UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Dunn v. Bayer Corporation et al* | No. 10-cv-10035-DRH |
| *Jennifer Davis v. Bayer Corporation et al* | No. 10-cv-11238-DRH |
| *Daniela Durante v. Bayer Corporation et al* | No. 10-cv-12063-DRH |
| *Teresa Decarvalho v. Bayer Corporation et al* | No. 10-cv-12306-DRH |
| *Sara Delafuente et al v. Bayer Corporation et al* | No. 10-cv-12369-DRH |
| *Ashley Dupuis v. Bayer Corporation et al* | No. 10-cv-13398-DRH |
| *Jessie Duslak et al v. Bayer Corporation et al* | No. 11-cv-10518-DRH |
| *Beth Douglas v. Bayer Corporation et al* | No. 11-cv-10779-DRH |
| *Crystal Duncan v. Bayer Corporation et al* | No. 11-cv-12686-DRH |
| *Cayla Dunphy v. Bayer Corporation et al* | No. 12-cv-11541-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 18, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

        **JUSTINE FLANAGAN,**
        **ACTING CLERK OF COURT**

        BY: /s/*Caitlin Fischer*
        **Deputy Clerk**

**Dated:** July 21, 2014

Digitally signed by David R. Herndon
Date: 2014.07.21 09:01:44 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**